UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
                                                      :
NEW HOPE MISSIONARY BAPTIST                           :
CHURCH,                                               :
                              Plaintiff,              :
                                                      :          21-CV-7867 (VSB)
                -against-                              :
                                                      :          **ORDER**
MT HAWLEY INSURANCE COMPANY,                          :
                                                      :
                              Defendant.              :
                                                      :
------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

      Defendant removed this case to the United States District Court for the Southern District

of Florida on June 28, 2021.  (Doc. 1.)  On September 21, 2021, the case was transferred to this

Court.  (Doc. 12.)  Since that date, Plaintiff has taken no action to prosecute its case before this

Court.  Accordingly, it is hereby:

      ORDERED that, by November 1, 2024, Plaintiff file a letter informing me of the status of

this case.  If Plaintiff fails to do so or otherwise demonstrate an intent to prosecute this litigation,

I will dismiss Plaintiff's claims for failure to prosecute pursuant to Federal Rule of Civil

Procedure 41(b).

SO ORDERED.

Dated:    October 2, 2024
           New York, New York

                                    _____
                                    VERNON S. BRODERICK
                                    United States District Judge